No. 75–782. PELTZMAN *v.* CENTRAL GULF LINES, INC., 423 U. S. 1074;

No. 75–827. SNOW ET AL. *v.* CITY OF MEMPHIS ET AL., 423 U. S. 1083;

No. 75–5626. LIPSCOMB *v.* UNITED STATES, *ante,* p. 934; and

No. 75–5862. HOFFMAN *v.* GEORGETOWN UNIVERSITY HOSPITAL CORP., 423 U. S. 1090. Petitions for rehearing denied.

No. 74–538. UNITED STATES *v.* WATSON, 423 U. S. 411; and

No. 74–966. AMERICAN FOREIGN STEAMSHIP CO. *v.* MATISE, 423 U. S. 150. Petitions for rehearing denied. MR. JUSTICE STEVENS took no part in the consideration or decision of these petitions.

MARCH 23, 1976

No. 75–6280. NORWOOD ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari dismissed as to petitioner Norwood under this Court's Rule 60.